## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| STORY OF STUFF PROJECT, 1442 A Walnut St. #272, Berkeley, CA 94709; and COURAGE CAMPAIGN INSTITUTE, 7119 West Sunset Blvd. No. 195, Los Angeles, CA 90046, | Civil No. 18-170 |
| Plaintiffs, | |
| v. | |
| UNITED STATES FOREST SERVICE, 1400 Independence Ave., SW, Washington, DC 20250-1400; U.S. DEPARTMENT OF AGRICULTURE OFFICE OF GENERAL COUNSEL, Room 107W, Whitten Building, 1400 Independence Ave. SW, Washington, DC 20250-1400, | COMPLAINT |
| Defendants. | |

## I.   INTRODUCTION

1.    The Defendants United States Forest Service and Office of General Counsel have violated the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by failing to make determinations on eight separate requests for records filed by Plaintiffs Story of Stuff Project and Courage Campaign Institute, each seeking documents related to the management of water transmission infrastructure owned by Nestlé Waters North America, Inc. ("Nestlé") and located within the San Bernardino National Forest. This lawsuit requests an order declaring that the agencies have violated FOIA, and enjoining the agencies to immediately make the

1

required determinations and to provide the Plaintiffs with the records they have
requested.

## II.    JURISDICTION AND VENUE

2.    This Court has jurisdiction over this action pursuant to 5 U.S.C. §
552(a)(4)(B).

3.    Venue in this Court is proper under 5 U.S.C. § 552(a)(4)(B), which
provides venue for FOIA cases in this district.

## III.    PARTIES

4.    Plaintiff STORY OF STUFF PROJECT ("The Project") is a non-profit
corporation headquartered in California. The Project's staff facilitate an interactive
online community of more than one million members worldwide dedicated to
transforming the way we make, use, and throw away disposable consumer items.
The Project, its staff and its community members have been actively involved in
environmental sustainability and resource conservation efforts since its founding in
2008. The Project has more than 30,000 members in California, including more than
800 who live in San Bernardino County, near the San Bernardino National Forest,
which is managed by the United States Forest Service. The Project's members have
expressed profound concern about the diversion of water resources from the Forest
and the impact that has to the flora and fauna that depend on that water, which are
critically impacted by the ongoing drought conditions. The Project and its individual
members have commented publically upon and sued Defendant U.S. Forest Service
regarding its management of Nestlé's water diversion from the San Bernardino

National Forest for private profit. Likewise, The Project sought review by the California State Water Resources Control Board ("SWRCB") of Nestlé's asserted water rights upon which the U.S. Forest Service's special use permit is conditioned, resulting in a finding Nestlé does not have the water rights it asserted. The Project has been instrumental in educating the public directly about this issue and has provided information to the press. The Project's FOIA request relates to these concerns.

5.     Plaintiff COURAGE CAMPAIGN INSTITUTE ("Courage Campaign") is a non-profit corporation in California. Courage Campaign is the educational arm of the Courage Campaign family of organizations with more than 1,000,000 members. Its mission is to fight for a more progressive California and United States by defending and extending human rights through innovative leadership-development training, strategic research and public education. Courage Campaign's members and staff were actively involved in various responses to the recently ended historic California drought, including a campaign asking Nestlé to cease bottling water in California. Courage Campaign has 9,167 members who live in San Bernardino County, near the San Bernardino National Forest. Courage Campaign's members regularly visit or recreate in and near the Forest, and intend to continue to visit and recreate in the affected areas regularly in the future for various educational, scientific, aesthetic and other purposes. Courage Campaign's members have expressed profound concern about the diversion of scarce water resources from public lands, and the impact that diversion has to the flora and fauna that depend

on that water, especially where critically impacted by on-going drought conditions. Along with The Project, Courage Campaign sought the SWRCB's review which resulted in a determination that Nestlé does not hold the water rights upon which its San Bernardino National Forest special use permit are conditioned. Likewise, Courage Campaign was a plaintiff in the lawsuit against the U.S. Forest Service seeking review of that permit. Courage Campaign has disseminated information widely to the public and press regarding the U.S. Forest Service's permitted diversion of water from federal public land to Nestlé for Nestlé's profit. Courage Campaign's FOIA request relates to these concerns.

6.      Defendant UNITED STATES FOREST SERVICE ("Forest Service") is a federal agency under the U.S. Department of Agriculture.  The Forest Service is responsible for responding to document requests submitted to it, and so is sued as a Defendant in this action.

7.      Defendant U.S. DEPARATMENT OF AGRICULTURE OFFICE OF GENERAL COUNSEL ("OGC") is an independent federal agency within the U.S. Department of Agriculture. The Office of General Counsel is responsible for responding to document requests submitted to it, and so is sued as a Defendant in this action.

8.      The Defendants' violations of law have denied Plaintiffs the information to which they are entitled, and Plaintiffs and their members are injured by their inability to protect the San Bernardino National Forest, to participate with full information in the federal and state processes currently underway regarding

4

Nestlé's water diversion from public lands, and by the deprivation of government documents to which they are entitled.

## IV.   FACTS AND LAW

9.   Plaintiffs have made three FOIA requests to the Forest Service and five FOIA requests to OGC to which there has been no final response, seeking documents related to Nestlé's water diversion and transmission facilities constructed and operated on Forest Service-managed land in the San Bernardino National Forest as part of Plaintiffs' efforts to protect California's water resources and the integrity of public lands and resources.

10.   FOIA requires that an agency "shall— [] determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor . . .." 5 U.S.C. § 552(a)(6)(A)(i).

11.   The history of Plaintiffs' eight outstanding requests is detailed below. The 20 day deadline for responding to each of Plaintiffs' requests under 5 U.S.C. § 552(a)(6)(A)(i) have long expired.

**January 12, 2016 Request to OGC (No Assigned number)**

12.   On January 12, 2016, The Project submitted a FOIA request to Karen M. Carrington, Senior Counsel, General Law and Research Division for the U.S. Dept. of Agriculture, Office of the General Counsel, via email.

13.     The January 12, 2016, request to OGC sought "any and all records pertaining to [t]he project named 'Nestle Waters North America Inc Special Use Permit CE" listed on the Current Schedule of Proposed Actions (first quarter 2016) at the URL: http://data.ecosystem-management.org/nepaweb/current-sopa.php?forest=110512.'"

14.     OGC did not acknowledge the request and on March 24, 2016, The Project submitted an administrative appeal to OGC, which was delivered on April 1, 2016.

15.     OGC never acknowledged nor took action on the administrative appeal.

**March 24, 2016 Request to OGC (No Assigned number)**

16.     On March 24, 2016, The Project submitted a FOIA request to Karen M. Carrington, Senior Counsel, General Law and Research Division for the U.S. Dept. of Agriculture, Office of the General Counsel, via email.

17.     The March 24, 2016, request to OGC sought "any and all records pertaining to":

> The research, analysis, inquiry, review, study, and/or investigation of what level of National Environmental Policy Act ("NEPA") review will be required for the project titled "Nestle Waters North America Inc. Special Use Permit CE" listed on the Current Schedule of Proposed Actions (SOPA) 01/01/2016 to 03/31/2016 at the URL: http://www.fs.fed.us/sopa/components/reports/sopa-110512-2016-01.html#4.

Any of the facts alleged in the document attached to this request: Federal Defendants' Declaration of Jody Noiron from *Center for Biological Diversity*, et al. v. *United States Forest Service*, et al. (E. D. Cal. Case No. 5:15-cv-02098-JGB-DTB).

18.     No acknowledgement of receipt of the March 24, 2016, was ever made by OGC.

19.     No response was to the March 24, 2016, request was ever produced by OGC.

**March 28, 2017 Request to Forest Service
(No. 2017-FS-R5-03133-F)**

20.     On March 28, 2017, the Plaintiffs jointly sent a FOIA request to the Forest Service requesting the following:

> Copies of any and all records pertaining in any way to: The water diversion and transmission facilities constructed and operated on U.S. Forest Service land in and near the West Fork of Strawberry Creek in the San Bernardino National Forest; and
>
> The Nestle Waters North America Inc. Special Use Permit CE' listed on the Current Schedule of Proposed Actions (SOPA) 01/01/2017 to 03/31/2017.

21.     The request was sent via email and the Forest Service received the request via email on March 28, 2017, and assigned it control number 2017-FS-R5-03133.

22.     On April 27, 2017, the Forest Service provided a partial response to request 2017-FS-R5-03133-F, stating: "We are continuing to search for records responsive to your request. Once we complete our search you will receive our final response."

23.     On May 23, 2017, the Forest Service provided a second partial response request 2017-FS-R5-03133-F, stating: "We are continuing to search for records responsive to your request. Once we complete our search you will receive our final response."

24.     Plaintiffs have received no further response from the Forest Service to its March 28, 2017 request.

**March 28, 2017 Request to Office of General Counsel (No. 2017-OGC-03284-F)**

25.     On March 28, 2017, the Plaintiffs jointly sent a FOIA request to OGC requesting the following:

> Copies of any and all records pertaining in any way to:
> The water diversion and transmission facilities constructed and operated on U.S. Forest Service land in and near the West Fork of Strawberry Creek in the San Bernardino National Forest; and
>
> The Nestle Waters North America Inc. Special Use Permit CE' listed on the Current Schedule of Proposed Actions (SOPA) 01/01/2017 to 03/31/2017."

26.     On April 13, 2017, OGC acknowledged receipt of Plaintiffs' March 28, 2017 FOIA request and assigned the request FOIA Case Number 2017-OGC-03284-F.

27.     On June 8, 2017, OGC wrote to counsel for Plaintiffs to provide a processing update on Plaintiffs' March 28, 2017, FOIA request. The FOIA Officer stated: "The search is complete. I have prioritized a consultation from FS related to this matter which includes material being produced in your ongoing litigation."

28.     From June 14 to 21, 2017, counsel for Plaintiffs communicated with OGC FOIA Officer Danielle Duvall Adams via email to clarify the scope of the request. Ms. Adams stated in a June 21, 2017, email that, prior to reviewing documents related to FOIA Request No. 2017-OGC-03284-F, she would need to finish consultation for Plaintiffs' related litigation against the Forest Service.

29.     On June 30, 2017, counsel for Plaintiffs sent an email to the FOIA Officer requesting an update on the status of the response to FOIA Request No. 2017-OGC-03284-F. Plaintiff received no reply.

30.     On July 7, 2017, counsel for Plaintiffs sent an email to the FOIA Officer requesting an update on the status of the response to FOIA Request No. 2017-OGC-03284-F. The FOIA Officer, Ms. Adams, replied: "No movement. I am still working on the related litigation production."

31.     On August 28, 2017, OGC advised as follows: "Please be advised that your FOIA Request, OGC Tracking # 2017-OGC-03284-F, has been referred to the Forest Service for processing. They will respond to you directly. As you know, they are simultaneously processing a request covering the same time period."

32.     On November 16, 2017, having received no responsive records related to Request No. 2017-OGC-03284-F, counsel for Plaintiffs emailed the FOIA Requester Service Center contact identified in the August 28, 2017, email requesting an estimated date of production for Request No. 2017-OGC-03284-F and one other request. Counsel received a response on November 17, 2017, that the

department was "checking on OGC 03284-F and will let you know the status of those records as soon as possible."

33.    Having received no response, on November 21, 2017, counsel for Plaintiffs contacted Ms. Lasko, of the Forest Service's FOIA Requester Service Center, requesting the status of records responsive to Request No. 2017-OGC-03284-F. Ms. Lasko responded on November 22, 2017 as follows: "Region 5 states that they have the referral for this request, but did not receive records for it[.]"

34.    On November 29, 2017, upon Plaintiffs' inquiry, OGC confirmed that records associated with Request No. 2017-OGC-03284-F were transmitted to the Forest Service on August 28, 2017, and OGC resent the material.

35.    On December 11, 2017, Plaintiff requested a final determination by December 15, 2017.

36.    Plaintiffs have received no further response related to Request No. 2017-OGC-03284-F.

**June 13, 2017 Request to the Forest Service**
**(No. 2017-FS-R5-0532-F)**

37.    On June 13, 2017, the Plaintiffs sent a FOIA request to the Forest Service requesting the following:

> Copies of any and all records pertaining in any way to:
> The water diversion and transmission facilities constructed and operated on U.S. Forest Service land in and near the West Fork of Strawberry Creek in the San Bernardino National Forest; and
>
> The 'Nestle Waters North America Inc. Special Use Permit CE' listed on the Current Schedule of Proposed

Actions (SOPA) 01/01/2017 to 03/31/2017." The Forest
Service confirmed receipt of the request via email on June
20, 2017.

38.     This request was assigned 2017-FS-R5-0532-F by the Forest Service.

39.     The Forest Service provided a partial response to FOIA Request No.

2017-FS-R5-0532-F on July 6, 2017, noting: "We are continuing to search for records

responsive to your request. Once we complete our search you will receive our final

response."

40.     The Forest Service provided a second partial response to FOIA Request

No. 2017-FS-R5-0532-F on August 1, 2017, again noting: "We are continuing to

search for records responsive to your request. Once we complete our search you will

receive our final response."

41.     Plaintiffs reviewed documents released in the partial responses for

compliance. On August 12, 2017, counsel for Plaintiffs emailed the Forest Service,

attaching a spreadsheet noting several instances where a record had been

referenced in the documents produced, but not included, and requesting that the

Forest Service indicate whether each noted record had been provided, shall be

provided, or shall be withheld (citing basis). In addition, Plaintiffs requested an

estimated date for final response.

42.     On August 14, 2017, the Forest Service responded as follows:

"Considering that we are continuing to review records responsive to your request, it

would be best if you waited until our response is complete before identifying any

alleged deficiencies." The FOIA Officer was unable to provide an estimated date for completion.

43.     Receiving no further response, on October 5, 2017, counsel for Plaintiffs contacted the Forest Service again requesting a date for final response on Request No. 2017-FS-R5-0532-F.

44.     The FOIA Officer responded on the same date stating that the request was currently number 12 in the queue, but declining to give an estimated date for final response. The FOIA Officer cited Plaintiffs' ongoing litigation with the Forest Service regarding a November 2016 FOIA request submitted jointly by Plaintiffs[1] as well as the spreadsheet submitted by counsel on August 12, 2017, as reasons for the continued delay and inability to provide an expected final response date.

45.     On October 19, 2017, counsel for Plaintiffs sent an email to the FOIA Officer to monitor the movement of Request No. 2017-FS-R5-0532-F in the queue. Counsel was informed that the case was still number 12 in the queue, and that responding to Plaintiffs' spreadsheet had been the priority.

46.     Having received no records and no further correspondence regarding the spread sheet of apparent deficiencies submitted to the Forest Service FOIA officer on August 12, 2017, on December 11, 2017, Plaintiffs requested a final determination by December 15, 2017. The Forest Service responded on December 18, 2017 with an estimated date for completion "on or before December 29, 2017."

---

[1] D. D.C. Case No. 17-cv-00098 (APM).

47.     On December 31, 2017, having received no records, Plaintiffs requested

a new estimated date for completion from the Forest Service. Plaintiffs have

received no further response or communication from the Forest Service regarding

Request No. 2017-FS-R5-0532-F.

**June 13, 2017 Request to Office of General
Counsel (No. 2017-OGC-04979-F)**

48.     On June 13, 2017, Plaintiffs sent a FOIA request to OGC requesting

the following:

> Copies of any and all records pertaining in any way to:
> The water diversion and transmission facilities
> constructed and operated on U.S. Forest Service land in
> and near the West Fork of Strawberry Creek in the San
> Bernardino National Forest; and
>
> The 'Nestle Waters North America Inc. Special Use
> Permit CE' listed on the Current Schedule of Proposed
> Actions (SOPA) 01/01/2017 to 03/31/2017." OGC
> confirmed receipt of the request via email on June 14,
> 2017.

49.     OGC acknowledged receipt by email on June 14, 2017, and assigned

the request number 2017-OGC-04979-F.

50.     On August 28, 2017, OCG notified counsel for Plaintiffs that OGC No.

2017-OGC-03284-F "has been referred to the Forest Service for processing. They

will respond to you directly."

51.     On October 5, 2017, counsel for Plaintiffs received an email from the

OGC FOIA Officer stating that OGC had received all potentially responsive records

for Request No. 2017-OGC-04979-F, and provided an estimated date of completion of October 11, 2017.

52.     On November 6, 2017, Plaintiffs received notice that FOIA Request No. 2017-OGC-04979-F had been referred to the Forest Service for processing on October 24, 2017 and would be produced by the Forest Service directly.

53.     On November 16, 2017, having received no responsive records related to Request No. 017-OGC-04979-F from the Forest Service, counsel for Plaintiffs emailed the FOIA Officer identified in the November 6, 2017 email, requesting an estimated date of production for both the June and March requests. The FOIA Officer responded on November 17, 2017 that the records responsive to Request No. 017-OGC-04979-F had been logged with the Forest Service as Request No. 2018-FS-WO-00537-F and were in the queue to be processed, with an estimated completion date of December 8, 2017.

54.     Having received no records, on December 11, 2017, Plaintiffs requested a final determination by December 15, 2017. The Forest Service responded on December 18, 2017, and provided an estimated date for completion "on or before December 29, 2017."

55.     On December 31, 2017, having received no records, Plaintiffs requested a new estimated date for completion from the Forest Service. Plaintiffs have received no further response related to Request No. 017-OGC-04979-F.

**September 29, 2017 Request to Forest**
**Service (No. 2018-FS-R5-00314-F)**

56.    On September 29, 2017, the Plaintiffs sent a FOIA request to the

Office of General Counsel requesting the following: "Copies of any and all records

pertaining in any way to: The water diversion and transmission facilities

constructed and operated on U.S. Forest Service land in and near the West Fork of

Strawberry Creek in the San Bernardino National Forest; and The 'Nestle Waters

North America Inc. Special Use Permit CE' listed on the Current Schedule of

Proposed Actions (SOPA) 01/01/2017 to 03/31/2017."

57.    The Forest Service provided a partial response to FOIA Request No.

2018-FS-R5-00314-F on October 16, 2017, noting: "We are continuing to search for

records responsive to your request. Once we complete our search you will receive

our final response." No estimated date for completion was provided.

58.    Having received no records, on December 11, 2017, Plaintiffs requested

a final determination by December 15, 2017. The Forest Service responded on

December 18, 2017 with an estimated date for completion "on or before December

29, 2017."

59.    On December 31, 2017, having received no records, Plaintiffs requested

a new estimated date for completion from the Forest Service. Plaintiffs have

received no further response from the Forest Service related to Request No. 2018-

FS-R5-00314-F.

**September 29, 2017 Request to Office of**
**General Counsel (No. 2018-OGC-00004-F)**

60.    On September 29, 2017, the Plaintiffs sent a FOIA request to the

Office of General Counsel requesting the following:

> Copies of any and all records pertaining in any way to:
> The water diversion and transmission facilities
> constructed and operated on U.S. Forest Service land in
> and near the West Fork of Strawberry Creek in the San
> Bernardino National Forest; and
>
> The 'Nestle Waters North America Inc. Special Use
> Permit CE' listed on the Current Schedule of Proposed
> Actions (SOPA) 01/01/2017 to 03/31/2017."

61.    On November 20, 2017, having received no confirmation, reference

number, or expected date of completion, Plaintiffs followed up on the status of the

request.

62.    On November 22, 2017, OGC notified Plaintiffs that the request was

confused with a related consultation and inadvertently closed. OGC reopened the

request and assigned reference number 2018-OGC-00004-F.

63.    On December 11, 2017, Plaintiffs requested a final determination by

December 15, 2017. OGC responded with an estimated date of completion of

December 20, 2017.

64.    On December 21, having received no responsive records, Plaintiffs sent

a follow up email to OGC to confirm whether Request No. 2018-OGC-00004-F had

been completed and referred to the Forest Service for review. OGC did not respond.

65.     On December 28, 2017, OGC sent a final response stating that the search produced 772 pages of responsive records which were referred to the Forest Service for Processing and direct response.

66.     Plaintiffs have received no communications from the Forest Service regarding this request, and have received no records.

## V.      CLAIM FOR RELIEF

67.     The above paragraphs are incorporated herein by reference.

68.     The Defendants United States Forest Service and Office of General Counsel have exceeded the deadlines for making a determination on Plaintiffs' records requests, in violation of FOIA, 5 U.S.C. §§ 552(a)(6).

## VI.     REQUEST FOR RELIEF

FOR THESE REASONS, the Plaintiffs respectfully request that this Court enter judgment providing the following relief:

1. Declare that Defendants violated FOIA by failing to make timely determinations on Plaintiffs' record requests;

2. Direct by injunction that Defendants immediately make a determination on Plaintiffs' record requests and provide the Plaintiffs with the records they have requested;

3. Grant the Plaintiffs their costs of litigation, including reasonable attorney fees as provided by FOIA, 5 U.S.C. § 552(a)(4)(E); and

4. Provide such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED January 26, 2018.

/s/Rachel S. Doughty
Rachel S. Doughty, D. D.C. Bar # CA0022
GREENFIRE LAW, P.C.
1202 Oregon Street
Berkeley, CA 94702
(828) 424-2005
rdoughty@greenfirelaw.com

/s/Matt Kenna
Matt Kenna, D. D.C. Bar # CO0028
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
 (970) 749-9149
matt@kenna.net

*Attorneys for Plaintiffs*