# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STORY OF STUFF PROJECT, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*<br><br>*Defendants*. | Civil Action No. 18-0170 (TNM) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Joshua L. Rogers, Assistant United States Attorney, as counsel of record for Defendants in the above-captioned case.

                                            Respectfully submitted,

                                            /s/   *Joshua L. Rogers*
                                            JOSHUA L. ROGERS
                                            Assistant United States Attorney
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-2578
                                            Joshua.Rogers3@usdoj.gov