AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| STORY OF STUFF, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-0170 (TNM) |
| UNITED STATES FOREST SERVICE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Story of Stuff Project and Courage Campaign Institute

Date:   February 27, 2018

s/ Rachel S. Doughty
*Attorney's signature*

Rachel S. Doughty CA00022
*Printed name and bar number*

Greenfire Law, PC 1202 Oregon Street, Berkeley,
*Address*

rdoughty@greenfirelaw.com
*E-mail address*

828-424-2006
*Telephone number*

*FAX number*